## S11Y0633. IN THE MATTER OF JACK TARPLEY CAMP.
### (706 SE2d 464)

PER CURIAM.

This disciplinary matter is before the Court pursuant to the petition for voluntary surrender of license filed by Jack Tarpley Camp (State Bar No. 105850) pursuant to Bar Rule 4-227 (b) (2) prior to the issuance of a Formal Complaint. In the petition, Camp, who has been a member of the State Bar of Georgia since 1975, admits that in November 2010 he pled guilty in the United States District Court for the Northern District of Georgia, Atlanta Division, to aiding and abetting a felon's possession of a controlled substance, see 21 USC § 844 and 18 USC § 2; possession of a controlled substance, see 21 USC § 844 (a); and embezzlement/theft of public property, see 18 USC § 641. The aiding and abetting offense is a

felony violation of the United States Code, while the remaining offenses are misdemeanor violations. Although Camp has not yet been sentenced, he filed this petition for voluntary surrender admitting that by virtue of his plea, he will be sentenced and convicted of a felony and, thus, that he violated Rule 8.4 (a) (2) of Bar Rule 4-102. Accordingly, Camp requests that this Court accept the voluntary surrender of his license to practice law which he acknowledges is tantamount to disbarment. The Bar has responded, asserting its belief that it is in the best interests of the Bar and the public for this Court to accept Camp's petition.

We have reviewed the record and agree to accept Camp's petition for the voluntary surrender of his license. Accordingly, the name of Jack Tarpley Camp hereby is removed from the rolls of persons entitled to practice law in the State of Georgia. Camp is reminded of his duties under Bar Rule 4-219 (c).

*Voluntary surrender of license accepted. All the Justices concur.*

DECIDED FEBRUARY 28, 2011.

*Jones, Morrison, Womack & Dearing, William A. Morrison*, for Camp.

*Paula J. Frederick, General Counsel State Bar, Jenny K. Mittelman, Assistant General Counsel State Bar*, for State Bar of Georgia.